12A

# UNITED STATES PROBATION OFFICE
## FOR THE DISTRICT OF UTAH

**Report on Person Under Supervision**

Name of Person: **Latroi Devon Newbins**     Docket Number: **2:20CR00182-001**

Name of Sentencing Judicial Officer:     **Honorable David Barlow**
                                         **U.S. District Judge**

Date of Original Sentence:  **December 2, 2021**
Original Offense:           **Civil Disorder**
Original Sentence:          **13 Months BOP/36 Months supervised release**

Type of Supervision: **Supervised Release**     Current Supervision Began: **December 2, 2022**

---

## NON-COMPLIANCE SUMMARY

| Date of Non-compliance | Nature of Non-compliance |
|---|---|
| August 16, 2023 | Tested Positive to Ethyl Glucuronide |
| July - September 2023 | The person under supervision failed to notify his U.S. Probation Officer of his change in living arrangements. |

**Proposed Controlling Interventions:**

The defendant met with this probation officer to review his non-compliance noted above. The defendant was advised that his performance would be monitored and would be referred before the Court for resolution if additional non-compliance occurred.

**Proposed Correcting Interventions:**

Drug testing will be monitored weekly and will address his relapse plan in treatment.

Justification:

Latroi Devon Newbins has been advised that continued non-compliance will result in further sanctions and/or the Court being petitioned to revoke their term of supervision.

If the Court desires more information or another course of action, please contact me at 385-499-0395.

I declare under penalty of perjury that the foregoing is true and correct.

_Eli Ernest_
by Eli Ernest
U.S. Probation Officer
September 7, 2023

PROB 12A  
D/UT 01/18

Latroi Devon Newbins  
2:20CR00182-001

---

**THE COURT:**

☒ Approves the proposed interventions noted above  
☐ Denies the proposed interventions noted above  
☐ Other

_____  
Honorable David Barlow  
United States District Judge

Date: September 8, 2023