12A

# UNITED STATES PROBATION OFFICE
## FOR THE DISTRICT OF UTAH

**Report on Person Under Supervision**

| | | | |
|---|---|---|---|
| Name of Person: | **Latroi Devon Newbins** | Docket Number: | **2:20CR00182-001** |

Name of Sentencing Judicial Officer:  **Honorable David Barlow**
**U.S. District Judge**

Date of Original Sentence: **December 2, 2021**
Original Offense: **Civil Disorder**
Original Sentence: **13 Months BOP/36 Months supervised release**

Type of Supervision: **Supervised Release**    Current Supervision Began: **December 2, 2022**

## NON-COMPLIANCE SUMMARY

| Date of Non-compliance | Nature of Non-compliance |
|---|---|
| October 4, 2023 | Tested Positive for Cannabinoids on Local Test; However, the Sample Has Since Returned with Negative Results From the National Laboratory. |

**Proposed Controlling Interventions:**

On October 25, 2023, a report was submitted, citing Latroi Devon Newbins with a positive drug test. This test has since returned from the national laboratory and revealed that it was negative. Please disregard the 12A report which was submitted on October 25, 2023.

**Proposed Correcting Interventions:**

Latroi Devon Newbins has been removed from substance abuse counseling at this time and he will continue to be monitored for compliance through periodic drug testing.

**Justification:**

As noted above, the most recent drug positive for Latroi Devon Newbins has returned from the laboratory with negative results.

If the Court desires more information or another course of action, please contact me at 385-515-5135.

I declare under penalty of perjury that the foregoing is true and correct.

by Shawn Parrish
U.S. Probation Officer
October 25, 2023

PROB 12A  
D/UT 01/18

Latroi Devon Newbins  
2:20CR00182-001

---

**THE COURT:**

☒ Approves the proposed interventions noted above  
☐ Denies the proposed interventions noted above  
☐ Other

David Barlow  
United States District Judge

Date: November 9, 2023